**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

LDL CAPITAL, LLC, WHITE LEOPARD )
INVESTMENTS LTD., DAVID BURCK, )
ROBERT THOMAS BURNS IV, MICHAEL )
COSTELLO, CHRIS W. DEITZ, SEAN )
BURNHAM TABOR, GEORGE JOSEPH )
TABOR, and PAMELA ANN TABOR, ) Case No.  9:23-cv-80942-RLR
)
      Plaintiffs, )
)
      v. )
)
CORBIN BLUME, )
)
      Defendant. )

**MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiffs LDL Capital, LLC, White Leopard Investments Ltd., David Burck, Robert

Thomas Burns IV, Michael Costello, Chris W. Deitz, Sean Burnham Tabor, George Joseph Tabor,

and Pamela Ann Tabor ("Plaintiffs"), move this Court for the entry of a default by the Clerk against

Defendant Corbin Blume ("Blume"), and states as follows:

1.      As stated in Plaintiffs' *Affidavit of Compliance of Michael J. Barrie for Substituted*

*Service* (the "Barrie Affidavit")[1] attached hereto as **Exhibit 1**, on October 26, 2023, service of

process was effectuated on Blume via the Florida Secretary of State.  Barrie Aff. ¶ 15.

2.      On October 27, 2023, Plaintiffs' counsel sent the Acceptance Notice, Amended

Complaint with Exhibits and the Alias Summons to Blume at his last known electronic address

(ahblume@shaw.ca).  Barrie Aff. ¶ 16.

---

[1]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Barrie Affidavit.

3.       Also on October 27, 2023, Plaintiffs sent the Acceptance Notice, Amended Complaint with Exhibits, and the Alias Summons to Blume at the California Address via Federal Express, overnight delivery.  Plaintiffs received confirmation that the package was delivered on October 30, 2023.  Barrie Aff. ¶ 17.

4.       Plaintiffs' counsel also sent the Service Documents to Blume's attention at the Jaguar Energy Address via FedEx on November 2, 2023.  Barrie Aff. ¶ 21.

5.       Accordingly, Blume's answer or response to the Amended Complaint was due, at the latest, on or before November 23, 2023; however Blume has failed to serve any paper on the undersigned or file any paper as required by law.

6.       Accordingly, Plaintiffs request the Clerk of this Court enter a default in favor of Plaintiffs and against Defendant, Corbin Blume.  A copy of the proposed default is attached hereto as **Exhibit 2**.

Dated: December 7, 2023                                    Respectfully submitted,


                                                            */s/ Justin M. Lovdahl*
                                                            Justin M. Lovdahl (FL Bar # 1008836)
                                                            **BENESCH, FRIEDLANDER, COPLAN
                                                               & ARONOFF LLP**
                                                            127 Public Square, Suite 4900
                                                            Cleveland, OH 44114
                                                            Telephone: (216) 363-4434
                                                            Email: jlovdahl@beneschlaw.com

                                                            and

                                                            Nicholas J. Secco (FL Bar # 110091)
                                                            BENESCH, FRIEDLANDER, COPLAN
                                                               & ARONOFF LLP
                                                            71 South Wacker Drive, Suite 1600
                                                            Chicago, IL 60606
                                                            Telephone: (312) 212-4955
                                                            Email: nsecco@beneschlaw.com

and

Michael J. Barrie (admitted *pro hac vice*)
BENSCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: mbarrie@beneschlaw.com

*Attorneys for Plaintiffs*

3