# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

LDL CAPITAL, LLC, WHITE LEOPARD )
INVESTMENTS LTD., DAVID BURCK, )
ROBERT THOMAS BURNS IV, MICHAEL )
COSTELLO, CHRIS W. DEITZ, SEAN )
BURNHAM TABOR, GEORGE JOSEPH )
TABOR, and PAMELA ANN TABOR, ) Case No. 9:23-cv-80942-RLR
)
    Plaintiffs, )
)
v. )
)
CORBIN BLUME, )
)
    Defendant. )

## **DEFAULT**

A default is entered in this action against the Defendant Corbin Blume for failure to serve or file any paper as required by law.

Dated: December _____, 2023

                                            Clerk of Court

                                            By: _____
                                                        As Deputy Clerk