UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80942-CIV-DAMIAN

LDL CAPITAL, LLC, *et al.*,

      Plaintiffs,

v.

CORBIN BLUME,

      Defendant.

_____/

## ORDER REQUIRING PROPOSED FINAL JUDGMENT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. It is

**ORDERED** that Plaintiffs shall submit an updated proposed final judgment through the

Court's electronic filing system on or before **September 3, 2024**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th

day of August, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Corbin Blume, *Pro Se*
       2404 Colony Plaza
       Newport Beach, CA 92660