IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| LDL CAPITAL, LLC, WHITE LEOPARD INVESTMENTS LTD., DAVID BURCK, ROBERT THOMAS BURNS IV, MICHAEL COSTELLO, CHRIS W. DEITZ, SEAN BURNHAM TABOR, GEORGE JOSEPH TABOR, and PAMELA ANN TABOR, | Case No. 9:23-cv-80942-MD |
| Plaintiffs, | |
| v. | |
| CORBIN BLUME, | |
| Defendant. | |

## [PROPOSED] FINAL JUDGMENT

**THIS MATTER** having come before the Court upon motion by Plaintiffs LDL Capital, LLC, White Leopard Investments Ltd., David Burck, Robert Thomas Burns IV, Michael Costello, Chris W. Deitz, Sean Burnham Tabor, George Joseph Tabor, and Pamela Ann Tabor ("Plaintiffs") against Defendant Corbin Blume ("Blume"), pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court having considered the moving papers and being fully advised in the premises, it is **ORDERED:**

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs, and against Defendant, as follows:

    A.    As to Plaintiff LDL Capital, $210,000;

    B.    As to Plaintiff White Leopard, $210,000;

    C.    As to Plaintiff Burck, $70,000;

    D.    As to Plaintiff Burns, $210,000;

    E.    As to Plaintiff Costello, $140,000;

  F. As to Plaintiff Deitz, $420,000;

  G. As to Plaintiff Sean Tabor, $21,000; and

  H. As to Plaintiffs the Tabors, $21,000;

with prejudgment interest as to each Plaintiff as follows:

  A. As to Plaintiff LDL Capital, $23,541.21;

  B. As to Plaintiff White Leopard, $23,541.21;

  C. As to Plaintiff Burck, $8,516.83;

  D. As to Plaintiff Burns, $23,541.21;

  E. As to Plaintiff Costello, $15,605.53;

  F. As to Plaintiff Deitz, $47,083.34;

  G. As to Plaintiff Sean Tabor, $2,354.32; and

  H. As to Plaintiffs the Tabors, $2,354.32.

and that shall bear post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961, commencing on the date of this Final Judgment.

  **DONE and ORDERED** in Chambers in the Southern District of Florida, this _____ day of _____, 2024.

                 _____
                 The Honorable Melissa Damian
                 United States District Judge