# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| LDL CAPITAL, LLC, WHITE LEOPARD INVESTMENTS LTD., DAVID BURCK, ROBERT THOMAS BURNS IV, MICHAEL COSTELLO, CHRIS W. DEITZ, SEAN BURNHAM TABOR, GEORGE JOSEPH TABOR, and PAMELA ANN TABOR, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 9:23-cv-80942-MD<br>)<br>) |
| v. | )<br>) |
| CORBIN BLUME, | )<br>) |
| Defendant. | ) |

## NOTICE OF STRIKING DOCKET ENTRY 30

Pursuant to the Clerk's Notice to Filer (Docket Entry 31), the undersigned hereby gives notice of striking the [Proposed] Final Judgment Order, filed at Docket Entry 30.

[*Signature block on the following page.*]

Dated: September 3, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Justin M. Lovdahl*
　　　　　　　　　　　　　　　　　　　　　　Justin M. Lovdahl (FL Bar # 1008836)
　　　　　　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER, COPLAN**
　　　　　　　　　　　　　　　　　　　　　　　　**& ARONOFF LLP**
　　　　　　　　　　　　　　　　　　　　　　127 Public Square, Suite 4900
　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44114
　　　　　　　　　　　　　　　　　　　　　　Telephone: (216) 363-4434
　　　　　　　　　　　　　　　　　　　　　　Email: jlovdahl@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　Nicholas J. Secco (FL Bar # 110091)
　　　　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN
　　　　　　　　　　　　　　　　　　　　　　　　& ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 212-4955
　　　　　　　　　　　　　　　　　　　　　　Email: nsecco@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　Michael J. Barrie (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　BENSCH, FRIEDLANDER, COPLAN
　　　　　　　　　　　　　　　　　　　　　　　　& ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　　　　　　　　Email: mbarrie@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, a copy of the foregoing was sent via email to the address listed below:

Corbin Blume
2404 Colony Plaza
Newport Beach, CA 92660
ahblume@shaw.ca

                                          */s/ Justin M. Lovdahl*
                                          Justin M. Lovdahl (FL Bar # 1008836)