**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

LDL CAPITAL, LLC, WHITE LEOPARD    )
INVESTMENTS LTD., DAVID BURCK,    )
ROBERT THOMAS BURNS IV, MICHAEL  )
COSTELLO, CHRIS W. DEITZ, SEAN     )
BURNHAM TABOR, GEORGE JOSEPH   )
TABOR, and PAMELA ANN TABOR,    )  Case No.  9:23-cv-80942-MD
                                         )
      Plaintiffs,               )
                                         )
      v.                     )
                                       )
CORBIN BLUME,             )
                                       )
      Defendant.           )

**NOTICE OF FILING**

PLEASE TAKE NOTICE that, pursuant to this Court's Order Requiring Proposed Final Judgment (Docket Entry 29), Plaintiffs LDL Capital, LLC, White Leopard Investments Ltd., David Burck, Robert Thomas Burns IV, Michael Costello, Chris W. Deitz, Sean Burnham Tabor, George Joseph Tabor, and Pamela Ann Tabor (collectively, the "Plaintiffs"), by and through their undersigned counsel, hereby submit the updated [Proposed] Final Judgment, attached hereto as **Exhibit A**.

*[Signature block on the following page.]*

Dated:  September 3, 2024

Respectfully submitted,


 */s/ Justin M. Lovdahl*
Justin M. Lovdahl (FL Bar # 1008836)
**BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4434
Email: jlovdahl@beneschlaw.com

and

Nicholas J. Secco (FL Bar # 110091)
BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4955
Email: nsecco@beneschlaw.com

and

Michael J. Barrie (admitted *pro hac vice*)
BENSCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: mbarrie@beneschlaw.com

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 3, 2024, a copy of the foregoing was sent via email to

the address listed below:

Corbin Blume
2404 Colony Plaza
Newport Beach, CA 92660
ahblume@shaw.ca


 */s/ Justin M. Lovdahl*
Justin M. Lovdahl (FL Bar # 1008836)